IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY, individually and on behalf of a
class of all persons and entities similarly
situated,

       Plaintiff,

v.                                                  Case No. 5:14-cv-22

NORTH AMERICAN BANCARD, LLC.,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

       Under Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses North American Bancard, LLC, without prejudice.

                                                    PLAINTIFF
                                                    By Counsel

/s/ John W. Barrett
John W. Barrett
Jonathan R. Marshall (WVSB#10580)
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
(304) 342-1110 *facsimile*
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com