IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

DIANA MEY,

    Plaintiff,

v.                                                   Civil Action No. 5:14CV22
                                                                      (STAMP)

NORTH AMERICAN BANCARD, LLC,

    Defendant.

## ORDER APPROVING VOLUNTARY DISMISSAL

On March 10, 2014, the plaintiff, by and through counsel, in the above-styled civil action filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The parties' stipulation (ECF No. 7) is hereby APPROVED. Accordingly, it is ORDERED that this civil action be DISMISSED WITHOUT PREJUDICE. Further, it is ORDERED that this civil action be DISMISSED and STRICKEN from the active docket of this Court.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    March 11, 2014

                                                            /s/ Frederick P. Stamp, Jr.
                                                            FREDERICK P. STAMP, JR.
                                                            UNITED STATES DISTRICT JUDGE